AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Plaintiff–Appellee,

v.

UNITED ARTISTS PAYPHONE CORPORATION, United Artists Telecommunications, Inc., UA/Ranlee Joint Venture & UA/Ranlee, Inc., Defendants–Appellants,

Ranlee Communications, Inc., Defendant.

No. 762, Docket 94–7616.

United States Court of Appeals, Second Circuit.

Argued Nov. 2, 1994.

Decided Nov. 4, 1994.

Robert M. Peak, New York City (Jeffrey N. Leibell, Reboul, MacMurray, Hewitt, Maynard & Kristol, of counsel), for defendants-appellants.

Peter J. McHugh, New York City (Martin Domb, Hill, Betts & Nash, of counsel), for plaintiff-appellee.

Before: MESKILL, WINTER, and MAHONEY, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons stated by Judge Leisure. American Tel. & Tel. Co. v. United Artists Payphone Corp., 852 F.Supp. 221 (S.D.N.Y.1994).